

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-18-00509-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY INC.,** formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appeal number 04-18-00509-CV is an appeal of an order signed by the trial court on July 3, 2018, in which the trial court granted HouseCanary Analytics Inc.'s motion to reconsider whether to seal certain exhibits. The appeal was set at issue on November 26, 2018, and originally set for oral argument submission on February 14, 2019. The appellant's unopposed motion to reschedule oral argument was granted, and the appeal is set for oral argument submission on April 29, 2019.

Appeal number 04-18-00844-CV is an appeal of an Order on Plaintiff's Motion to Alter or Partially Vacate the July 3, 2018 Sealing Order as to Exhibits that HouseCanary Filed Publicly on July 11, 2018 and an Order on Media Intervenor's Motion to Modify and/or Clarify the July 3, 2018 Sealing Order. Both orders were signed by the trial court on October 25, 2018, and the notices of appeal were filed on November 7, 2018, and November 13, 2018. The appeal was set at issue on March 8, 2019.

Because the issues presented in both appeals will involve an analysis of the law governing sealing orders and the issues arise from the same factual background, the court is considering consolidating the two appeals. Under the proposed consolidation, the records and briefs for the two appeals shall remain separated; however: (1) the same panel will be assigned to both appeals; (2) both appeals will be argued together; and (3) the court will dispose of both appeals with the same judgment, opinion, and mandate. It is therefore ORDERED that any objection to the proposed consolidation must be filed in this court no later than March 22, 2019.

It is FURTHER ORDERED that if an objection is filed, any response to such objection must be filed in this court no later than March 29, 2019.

It is so ORDERED on this 12th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

